IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02453-AP

JOHN OLIVER,
    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration
    Defendant,

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Luke A. Brennan, Esq. #28557
    Griff, Larson, Laiche, Brennan & Wright
    422 White Ave., Ste. 323
    Grand Junction, Colorado 81501
    Telephone: (970) 245-8021
    FAX: (970) 245-0590

    For Defendant:
    Sandra T. Krider
    Special Assistant United States Attorney
    Mailing Address:
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    Street Address:
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    FAX: (303) 454-0404

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint was Filed:** November 10, 2008.

   B. **Date Complaint Was Served on U.S. Attorney's Office:** November 14, 2008

   C. **Date Answer and Administrative Record Were Filed:** February 12, 2009.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The administrative record appears complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit any additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this cases raises unusual claims.

**7. OTHER MATTERS**

There are none.

**8. BRIEFING SCHEDULE**

   A. **Plaintiff's Opening Brief Due:** April 13, 2009

   B. **Defendant's Response Brief Due:** May 26, 2009

   C. **Plaintiff's Replay Brief (If Any) Due:** June 10, 2009

**9. STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiff's Statement:** Plaintiff does not request oral arguments.

   B. **Defendant's Statement:** Defendant does not request oral arguments.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice*.

A.  ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.  (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.L.CivR 7.1( C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED: March 12, 2009

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/ Luke A. Brennan

s/ Debra Meachum for Sandra T. Krider

Luke A. Brennan
422 White Avenue, Suite 323
Grand Junction, Colorado 81501
E-mail: luke@gllblaw.com
Telephone: (970) 245-8021

Attorney for Plaintiff

By: Sandra T. Krider
Special Assistant U.S. Attorney
E-mail: Sandra.krider@ssa.gov
Mailing Address:
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-0015

Attorney for the Defendant